UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed cases below that bears my initials, I find that the more recently filed case that I have initialed below are related to the cases assigned to me, and such case shall be reassigned to me.

| | |
|---|---|
| **C 01-01375 CW** | **LG Electronics, Inc., et al v. Bizcom Electronics, Inc., et al** |
| **C 01-01552 CW** | **LG Electronics, Inc. v. Everex Systems Inc., et al** |
| **C 01-01594 CW** | **LG Electronics, Inc. v. First International Computer Inc., et al** |
| **C 01-02187 CW** | **LG Electronics, Inc. v. Q-Lity Computer Inc., et al** |
| **C 06-06100 BZ** | **Silicon Graphics, Inc. v. LG Electronics, Inc.** |

**I find that the above case is related to the cases assigned to me.   CW**

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge **"CW"** immediately after the case number. **A Case Management Conference will be held on December 1, 2006, at 1:30 p.m.**

Dated: 10/20/06

*/s/ Claudia Wilken*

Judge Claudia Wilken

-1-

## CERTIFICATE OF SERVICE

    I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** _____    **By:** _____
                                                                                                 **Deputy Clerk**

Copies to:  Courtroom Deputies
              Case Systems Administrators
              Counsel of Record
Entered into Assignment Program: _____(date)