David M. Barkan (CSB No. 160825 / barkan@fr.com)
Katherine D. Prescott (CSB No. 215496 / prescott@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA  94036
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
LG ELECTRONICS, INC.

Ronald S. Lemieux (CSB No. 120822 / ronaldlemieux@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorney for Defendants
FIRST INTERNATIONAL COMPUTER, INC and FIRST INTERNATIONAL COMPUTER OF AMERICA, INC.

*Additional counsel listed on last page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LG ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FIRST INTERNATIONAL COMPUTER, INC. and FIRST INTERNATIONAL COMPUTER OF AMERICA, INC.,<br><br>Defendants. | Case No.   C 01-01594 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

Plaintiff LG Electronics, Inc. ("LGE") and Defendants First International Computer, Inc. and First International Computer of America, Inc. ("Defendants") hereby stipulate as follows:

1

1)     LGE and Defendants have resolved the issues arising from the above-captioned action and have entered into a confidential settlement agreement regarding all of LGE's claims, as well as all of Defendants' claims and counterclaims.

2)     Pursuant to Federal Rule of Civil Procedure 41(a), LGE and Defendants hereby agree to dismiss with prejudice the above-captioned action and all claims arising out of the above-captioned action, with each party to bear its own costs, attorneys' fees and other expenses arising from or related to the above-captioned action.

**SO STIPULATED.**

Dated:  March 23, 2007

FISH & RICHARDSON P.C.

By:  */s/ Katherine D. Prescott*
      Katherine D. Prescott

Attorneys for Plaintiff
LG ELECTRONICS, INC.

Dated:  March 23, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:  */s/ Ronald S. Lemieux*
      Ronald S. Lemieux

Attorneys for Defendants
FIRST INTERNATIONAL COMPUTER, INC and FIRST INTERNATIONAL COMPUTER OF AMERICA, INC.

*Additional counsel:*

Michael J. McKeon (Admitted *pro hac vice* / mckeon@fr.com)
Ralph A. Phillips (Admitted *pro hac vice* / rphillips@fr.com)
Indranil Mukerji (Admitted *pro hac vice* / mukerji@fr.com)
Richard A. Sterba (Admitted *pro hac vice* / sterba@fr.com)
Choongsoo Park (Admitted *pro hac vice* / park@fr.com)
FISH & RICHARDSON P.C.
1425 K Street NW, Suite 1100
Washington, DC  20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Robert E. Hillman (Admitted *pro hac vice* / hillman@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110
Telephone: (617) 542 5070
Facsimile: (617) 542-8906

Attorneys for Plaintiff
LG ELECTRONICS, INC.

# DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Ronald S. Lemieux.

Dated:  March 23, 2007                                    FISH & RICHARDSON P.C.

                                                          By:  */s/ Katherine D. Prescott*
                                                                 Katherine D. Prescott

                                                          Attorneys for Plaintiff
                                                          LG ELECTRONICS, INC.

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a), the Court **HEREBY DISMISSES WITH PREJUDICE** the above-captioned action, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  3/36/07                              _____
                                             Honorable Claudia Wilken
                                             United States District Judge

3

STIPULATION OF DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER THEREON
Case No. 01-01594 CW